CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Prathima Price, Esq., SBN 321378
Dennis Price, Esq., SBN 279082
Prathima Reddy Price, Esq., SBN 321378
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
Email: prathimap@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Orlando Garcia**,

     Plaintiff,

v.

**Telegraph Ave LLC;** and Does 1-10,

     Defendants.

**Case No**. 3:21-cv-04915-JSC

**NOTICE OF INDICATION OF MOOTNESS OF ADA CLAIM FOR INJUNCTIVE RELIEF**

     Plaintiff must face a "real and immediate threat of repeated injury to establish standing for injunctive relief." *Chapman v. Pier 1 Imports (U.S.) Inc.*, 631 F.3d 939, 945 (9th Cir. 2011). As of October 5, 2022, Defendant has previously indicated that the subject property has remedied and the inaccessible conditions alleged in Plaintiff's compliant are corrected. This change suggests that Plaintiff's claim for injunctive relief is moot. Plaintiff acknowledges that with Defendant's indication that the inaccessible conditions of the subject property has been remedied, he has no objection to the dismissal of his ADA claim.

Further, should this Court dismiss Plaintiff's sole federal question claim, Plaintiff has no objection to this Court declining to exercise supplemental jurisdiction over his state law claim so that he can refile that action in state court.

Dated: October 6, 2022                    CENTER FOR DISABILITY ACCESS

By: /s/ Prathima Price
Prathima Price, Esq.
Attorney for Plaintiff

Notice of Indication of Mootness                    Case: 3:21-cv-04915-JSC