UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>    Plaintiff,<br><br>v.<br><br>4822 TELEGRAPH AVE LLC,<br><br>    Defendant. | Case No. 21-cv-04915-JSC<br><br>**ORDER DISMISSING ADA CLAIM AS MOOT AND DECLINING SUPPLEMENTAL JURISDICTION OF STATE LAW CLAIM**<br><br>Re: Dkt. No. 33 |

On October 6, 2022, Plaintiff notified the Court in writing that his ADA claim was moot because "the subject property has remedied and the inaccessible conditions alleged in Plaintiff's compliant [sic] are remedied." (Dkt. No. 33 at 1.) Plaintiff represented that he had no objection to dismissal of his ADA claim on mootness grounds, and dismissal of his state law claim without prejudice. (*Id.*). As of the date of this Order Defendant has not responded.

Accordingly, the ADA claim is DISMISSED as moot and the Court declines to exercise supplemental jurisdiction of the state law Unruh Act claim and dismisses it without prejudice.

The Clerk shall close the case.

**IT IS SO ORDERED.**

Dated: October 25, 2022

_____
JACQUELINE SCOTT CORLEY
United States District Judge